**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Lotus Oasis Homewood, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 8 - 1 1 1 1 5 0 2 | |
| 4. Debtor's address | **Principal place of business**<br><br>2940 Johnson Ferry Road<br>Number    Street<br>Suite B163<br><br>Marietta, Georgia   30062<br>City              State    ZIP Code<br><br>Cobb<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City              State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>825 Oak Leaf Circle<br>Number    Street<br><br>Birmingham, Alabama  35209<br>City              State    ZIP Code |
| 5. Debtor's website (URL) | | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

DocuSign Envelope ID: 8F75D891-7107-4B40-9F96-D52BC088F5B5

Debtor  Lotus Oasis Homewood, LLC    Case number (if known) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   5 3 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☒ No
   ☐ Yes. District _____ When ___/___/____ Case number _____
   MM / DD / YYYY

   If more than 2 cases, attach a separate list.
   District _____ When ___/___/____ Case number _____
   MM / DD / YYYY

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Docusign Envelope ID: 8F75D891-7107-4B40-9F96-D52BC088F5B5

Debtor **Lotus Oasis Homewood, LLC**　　　　　　　　　　Case number (if known) _____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.　Debtor _____　　Relationship _____
　　　　District _____　　When _____
　　　　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
　　　　　　　　　　　Number　Street

_____
City　　　　　　　　　　State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　　☐ 1,000-5,000　　　☐ 25,001-50,000
☐ 50-99　　　☐ 5,001-10,000　　☐ 50,001-100,000
☐ 100-199　　☐ 10,001-25,000　　☐ More than 100,000
☐ 200-999

Official Form 201　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　page 3

Docusign Envelope ID: 8F75D891-7107-4B40-9F96-D52BC088F5B5

Debtor **Lotus Oasis Homewood, LLC**   Case number (if known) _____

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/30/2025
MM / DD / YYYY

X _/s/ Manish Poddar_
Signature of authorized representative of debtor

**Manish Poddar**
Printed name

Title **Manager**

**18. Signature of attorney**

X _/s/_
Signature of attorney for debtor

Date 1 / 30 / 2025
MM / DD / YYYY

**John A. Christy**
Printed name

**Schreeder, Wheeler & Flint, LLP**
Firm name

**1100 Peachtree Street, NE, Suite 800**
Number   Street

**Atlanta**   **GA**   **30309**
City   State   ZIP Code

**(404) 954-9819**   **jchristy@swfllp.com**
Contact phone   Email address

**125518**   **GA**
Bar number   State

## UNANIMOUS CONSENT OF MANAGERS

The undersigned being all of the Managers of Lotus Oasis Homewood, LLC, a Delaware limited liability company (the "**Company**") does hereby waive notice of meeting and adopt the following resolutions by unanimous written consent:

RESOLVED, the Company is hereby authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division by and through the officers and directors of the Company and is authorized to execute and deliver the petition and such other documents as are required in order to commence and prosecute the reorganization case;

FURTHER RESOLVED, that the Manager of the Company is hereby authorized, in his sole discretion and without further consents, to execute and deliver any and all documents of any kind or nature, including but not limited to: the petition, declarations, verifications, resolutions, statement of financial affairs, disclosure statements, disclosures, plans of reorganization, and amendments, or modifications of the aforesaid documents or other documents which may be necessary, convenient or related to the filing of said bankruptcy action and the prosecution of a bankruptcy case.

FURTHER RESOLVED, that Company is authorized to retain the law firm of Schreeder, Wheeler & Flint, LLP to represent it in advising it on financial restructuring and insolvency matters and to represent it in a Chapter 11 bankruptcy case at is standard hourly rates, and to pay Schreeder, Wheeler & Flint, LLP a cash retainer payable prior to filing the petition. The Company, by and through the directors and officers, are authorized to execute and deliver any engagement letter or other instruments and documents as may be required to consummate the engagement.

Dated this 28.00 day of January, 2025.

*Manish Poddar*
Manish Poddar

Fill in this information to identify the case:

Debtor name __LOTUS OASIS HOMEWOOD, LLC__

United States Bankruptcy Court for the: __Northern__ District of __GA__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alabama Power<br>PO Box 242<br>Birmingham, AL 35292 | | Power Service | | | | $4,507.81 |
| 2 | American Plumbing Services<br>94 Robert Jemison Road<br>Birmingham, AL 35209 | | Trade | | | | $340.00 |
| 3 | APS Pest Control 3340<br>Richwood Avenue<br>Irondale, AL 35210 | | Trade | | | | $383.00 |
| 4 | Baker Tilly<br>2000 Town Centre, Suite 900<br>Southfield, MI 48075 | | Professional Fees | | | | $9,200.04 |
| 5 | Birmingham Water Works<br>3600, 1st Avenue North<br>Birmingham, AL 35222 | | Services | | | | $54,059.27 |
| 6 | Byron (Hernandez Saints)<br>328 10th Ave, SW<br>Birmingham, AL 35211 | | Trade | | | | $350.00 |
| 7 | COGENCYGLOBAL<br>122 E 42 Street 18th FL<br>NY, NY 10168 | | Services | | | | $270.00 |
| 8 | Commercial Property Tax Professionals,LLC (CPTP)<br>6000 Lake Forrest Dr - Suite 495<br>Atlanta, GA 30328 | | Professional Services | | | | $6,345.92 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    LOTUS OASIS HOMEWOOD, LLC    Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | COPYSMART<br>P.O. BOX 957478<br>Duluth, GA 30095 | | Services | | | | $415.31 |
| 10 | Dentons Sirote PC 2311 Highland Ave South<br>Birmingham, AL 35205 | | Professional Fees | | | | $533.88 |
| 11 | Eastern Property Management<br>PO Box No. 862163<br>Marietta, GA 30062 | | Management Fees | | | | $79,749.36 |
| 12 | Jefferson County Commission<br>1400 Sixth Avenue South<br>Birmingham, AL 35233 | | Services | | | | $1,345.55 |
| 13 | Jefferson County Dept Of Health<br>P.O. Box 2648<br>Birmingham, AL 35202 | | Services | | | | $126.00 |
| 14 | Jim M. Sandefer, Attorney at Law<br>Office Park Circle, Suite 120<br>Mountain Brook, GA 35223 | | Professional Services | | | | $1,440.03 |
| 15 | Lotus Renovations LLC<br>2940 Johnson Ferry Road<br>Marietta, Georgia 30062 | | Renovation Loan | | | | $307,525.71 |
| 16 | Negotiated Waste LLC<br>PO Box 421034<br>Atlanta, GA 30342 | | Trade | | | | $4,046.10 |
| 17 | Nirvana Capital Group<br>PO Box No. 862163<br>Marietta, GA 30062 | | Renovation Loan | | | | $34,546.58 |
| 18 | Statebridge Comp<br>6061 S Willow Dr, Suite 300,<br>Greenwood Village, CO 80111 | | Loan | | | | $384,368.68 |
| 19 | Waste Management<br>700 Clow Road<br>Birmingham, AL 35217 | | Trade | | | | $1,317.37 |
| 20 | Zillow Rentals<br>Zillow, Inc.<br>O Box 737412<br>Dallas, TX 75373-7412 | | Trade | | | | $387.50 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Fill in this information to identify the case and this filing:

Debtor Name __LOTUS OASIS HOMEWOOD, LLC__

United States Bankruptcy Court for the: __Northern__ District of __GA__
(State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/30/2025__
MM / DD / YYYY

X _Manish Poddar_
Signature of individual signing on behalf of debtor

__Manish Paddar__
Printed name

__Manager__
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Alabama Power
PO Box 242
Birmingham, AL 35292

American Plumbing Services
94 Robert Jemison Road
Birmingham, Alabama 35209

APS Pest Control
3340 Richwood Avenue
Irondale, AL 35210

Baker Distributor
P.O. Box 409635
Atlanta, GA 30384-9635

Baker Tilly
2000 Town Centre, Suite 900
Southfield, MI 48075

Birmingham Water Works
3600 1st Avenue North
Birmingham, AL 35222

Byron (Hernandez Saints )
328 10th Avenue, SW
Birmingham, AL 35211

CAFL 2022 RTL1 Issuer, LLC
4 Park Plaza, Suite 900
Irvine, CA 92614

COGENCYGLOBAL
122 E 42 Street 18th Fl
NY, NY 10168

Commercial Property Tax Professionals, LLC
6000 Lake Forrest Drive - Suite 495
Atlanta, GA 30328

COPYSMART
P.O. BOX 957478
Duluth, GA 30095

Dentons Sirote PC
2311 Highland Avenue South
Birmingham,, AL 35205

Eastern Property Management
PO Box No. 862163
Marietta, GA 30062

J.T. Smallwood, Tax Collector
716 Richard Arrington Jr. Blvd. N.
Room 160 Courthouse
Birmingham, AL 35203

Jefferson County Commission
1400 Sixth Avenue South
Birmingham, AL 35233

Jefferson County Department Of Health
P.O. Box 2648
Birmingham, AL 35202

Jim M. Sandefer, Attorney at Law
Office Park Circle, Suite 120
Mountain Brook, GA 35223

Lotus Renovations LLC
2940 Johnson Ferry Rd
Marietta, GA 30062

Negotiated Waste LLC
PO Box 421034
Atlanta, GA 30342

Nirvana Capital Group
PO Box No. 862163
Marietta, GA 30062

Statebridge Comp
6061 S Willow Dr
Suite 300
Greenwood Village, CO 80111

Washer & Refrigeration
716 Second Avenue North
Birmingham, AL 35203

Waste Management
700 Clow Road
Birmingham, AL 35217

Yascol Quality Renovations LLC
6429 Conroy Road
Orlando, FL 32835

Zillow Rentals
Zillow, Inc.
PO Box 737412
Dallas, TX 75373-7412